IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAURICE GERELL BROUGHTON, | ) | |
| AIS#276164 | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.  2:20-CV-73-ECM |
| | ) | |
| | ) | |
| DRANARRIS LOVEJOY, et al., | ) | |
|     Defendants. | ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared James Siler, who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is James Siler, and I am presently employed as a Correctional Officer, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, Alabama, 36017.  I am over twenty-one (21) years of age.

On January 4, 2020, at approximately 05:35 AM, inmate Maurice Broughton, B/276164, exited the Chow Hall and stated to Correctional Sergeant Dranarris Lovejoy "You a Bitch ass nigga."  Sergeant Lovejoy ordered inmate Broughton to stop and report to him but he failed to comply.  Inmate Broughton took off running and ran into Dormitory E2. Sergeant Lovejoy and I, Correctional Officer James Siler, and entered into Dormitory E2 and escorted inmate Broughton into the Lobby. Sergeant Lovejoy ordered inmate Broughton to turn around to be handcuffed. Inmate Broughton failed to comply and started swinging a closed fist and turning around in a circle. Sergeant Lovejoy, "Yelled Gas", and sprayed a two second burst of Sabre Red toward inmate Broughton's facial area. Correctional Sergeant Jesse Stanford and I placed inmate Broughton on the floor and handcuffed him to the rear.  Sergeant Stanford and I then escorted inmate Broughton to the Health Care Unit to be decontaminated and medically assessed. Inmate

Broughton was then placed on Suicide Watch by medical staff. At no time did I force inmate Broughton's arm behind him. Inmate Broughton's allegations are false and without merit.

To the best of my knowledge, the aforementioned facts are true and correct.

_____
James Siler, Correctional Officer

SWORN TO AND SUBSCRIBED TO before me this the ___1st___ day of
___May___, 2020.

_____
NOTARY PUBLIC

My Commission Expires 5/8/2022

My Commission Expires: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAURICE GERELL BROUGHTON)
AIS #276164,                                )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )         CIVIL ACTION NO.:
                                           )         2:20-cv-73-ECM-SMD
DRANARRIS LOVEJOY, et al.,                 )
                                           )
        Defendants.                        )

## SUPPLEMENTAL AFFIDAVIT OF JAMES SILER

**STATE OF ALABAMA**

**BARBOUR COUNTY**

Before me, a Notary Public in and for said County and State, personally appeared James Siler and being by me first duly sworn, deposes and says under oath as follows:

9.      My name is James Siler. I am over (19) nineteen years of age. I am presently employed as Senior Correctional Officer for the Alabama Department of Corrections assigned to Easterling CF. I have served in that capacity for (8) eight years.

10.     I have reviewed the Complaint in this matter and have personal knowledge of some of the facts underlying the Plaintiff's claims as set forth below.

11.     On January 4, 2020, I did not remove property belonging to Maurice Gerell Draughton from his dorm.

12.     I categorically deny that I, alone or as part of any joint action, violated the Plaintiff's rights.

_____
**JAMES SILER**

SWORN TO and SUBSCRIBED BEFORE ME on this the 18th day of May, 2020.

(SEAL)

_____
Notary Public

My Commission Expires 5/8/2022

My Commission Expires: _____