**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| MAURICE GERELL BROUGHTON, AIS #276164, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: 2:20-cv-73-ECM-KFP |
| DRANARRIS LOVEJOY, et al., | ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Defendants, Dranarris Lovejoy, Anthony Crittenden, Jesse Stanford, and James Siler, by and through the Attorney General for the State of Alabama, and the Plaintiff, Maurice Gerell Broughton, by and through undersigned counsel, respectfully submit this Joint Stipulation of Dismissal with Prejudice, representing that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted on September 5, 2023.

| | |
|---|---|
| s/ Laura E. Howell | /s/ Jonathan K. Corley* |
| Laura Howell | Jonathan K. Corley |
| Cameron Elkins | WHITTELSEY & CORLEY, LLC |
| OFFICE OF THE ATTORNEY GENERAL | Post Office Box 106 |
| 501 Washington Avenue | Opelika, Alabama 36803-0106 |
| Montgomery, AL 36130 | (334) 745-7766 (T) |
| 334-242-7300 (T) | (334) 745-7666 (F) |
| 334-353-8400 (F) | jcorley@wwp-law.com |
| Laura.Howell@AlabamaAG.gov | |
| Cameron.Elkins@AlabamaAG.gov | ***Counsel for the Plaintiff*** |
| | |
| ***Counsel for Defendants*** | *WITH PERMISSION |